ROPERS, MAJESKI, KOHN & BENTLEY
LAWRENCE BORYS (SBN 60625)
TIMOTHY J. LEPORE (SBN 294247)
445 South Figueroa Street, Suite 3000
Los Angeles, CA  90071-1619
Telephone:      (213) 312-2000
Facsimile:       (213) 312-2001
Email:            lawrence.borys@rmkb.com
stacy.tucker@rmkb.com
timothy.lepore@rmkb.com

Attorneys for Defendant
PRE-EMPLOY.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC MARCHIOLI,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PRE-EMPLOY.COM, INC.,<br>EISENHOWER MEDICAL CENTER, and<br>DOES 1 THROUGH 10,<br><br>　　　　　　　　Defendants. | **CASE NO.  2:16-cv-01115-MCE-AC**<br><br>**STIPULATION AND ORDER TO SECOND EXTENSION FOR DEFENDANT PRE-EMPLOY.COM, INC. TO RESPOND TO PLAINTIFF'S (PUTATIVE) CLASS ACTION COMPLAINT**<br><br>Complaint Filed: May 23, 2016 |

Pursuant to Local Rule 144(a), Plaintiff Marc Marchioli ("Plaintiff") and Defendant Pre-employ.com, Inc., by and through their respective counsel of record, hereby agree and stipulate as follows:

1.　　On May 23, 2016, Plaintiff filed his putative Class-Action Complaint in the United States District Court, Eastern District of California.

2.　　On May 24, 2016, this Court issued Summons for Pre-employ.com, Inc., directing Pre-employ.com, Inc. to answer Plaintiff's putative Class-Action Complaint within 21 days after service of the Summons.

3.　　On June 7, 2016, Plaintiff personally served the Summons and the putative Class Action Complaint on Pre-employ.com, Inc.'s agent for service of process. As a result, according

4844-9529-0421.2　　　　　　　　　　　　　　　　　　　　- 1 -　　　　　　　　　　　STIPULATION AND ORDER TO SECOND
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EXTENSION TO RESPOND TO PLAINTIFF'S
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLASS ACTION COMPLAINT

1  to Rule 12 of the Federal Rules of Civil Procedure, Pre-employ.com, Inc.'s last day to respond to
2  Plaintiff's Class Action Complaint was June 28, 2016.

3      5.    On June 23, 2016, pursuant to Local Rule 144(a), Plaintiff and Pre-employ.com,
4  Inc. stipulated to Pre-employ.com, Inc.'s first request for a 28-day extension to respond to
5  Plaintiff's putative Class Action Complaint, causing Defendant Pre-employ.com, Inc.'s response
6  to Plaintiff's putative Class Action Complaint to become due by July 26, 2016.

7      6.    On July 20, 2016, Plaintiff and Pre-employ.com, Inc. met and conferred
8  telephonically to determine whether the parties could resolve certain concerns and issues Pre-
9  employ.com raised regarding Plaintiff's putative Class Action Complaint. To allow time to
10 further discuss these issues, Plaintiff and Pre-employ.com, Inc. stipulated to Pre-employ.com,
11 Inc.'s <u>second request</u> for a 21-day extension to respond to Plaintiff's Class Action Complaint.

12     8.    Thus, Plaintiff and Pre-employ.com Inc. hereby stipulate and respectfully request
13 this Court to enter an Order granting Pre-employ.com an extension to August 16, 2016 to file and
14 serve a responsive pleading or motion to Plaintiff's putative Class Action Complaint.

15     9.    In entering into this Stipulation, Pre-employ.com, Inc. reserves the right to file and
16 serve any responsive pleading it deems appropriate on or before August 16, 2016.

17 **IT IS SO STIPULATED**:

18 Dated: July 21, 2016          ROPERS, MAJESKI, KOHN & BENTLEY

20                                            By: */s/ Lawrence Borys*
21                                                LAWRENCE BORYS
                                               TIMOTHY J. LEPORE
22                                                Attorneys for Defendant
                                               PRE-EMPLOY.COM, INC.

23 Dated: July 21, 2016          MARKUN ZUSMAN FRENIERE &
24                                                COMPTON LLP

26                                            By: */s/ Kevin K. Eng.* (as authorized on 7/21/16)
                                               KEVIN K. ENG
27                                                Attorneys for Plaintiff
                                               MARC MARCHIOLI

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Los Angeles*

**ORDER**

IT IS HEREBY ORDERED, having found good cause, that Pre-employ.com, Inc.'s deadline to file a responsive pleading or motion to Plaintiff Marc Marchioli's putative Class Action Complaint is August 16, 2016.

IT IS SO ORDERED.

Dated:  July 25, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles